XO COMMUNICATIONS,
INCORPORATED,
Plaintiff–Appellee,

v.

TERRA TELECOMMUNICATIONS CORPORATION; World Access Communications Corporation, Defendants–Appellants.

No. 03–1059.

United States Court of Appeals,
Fourth Circuit.

Submitted June 11, 2003.

Decided June 25, 2003.

Robert J. Cunningham, Jr., Fairfax, Virginia, for Appellants. John A. Fraser, III, Reston, Virginia, for Appellee.

Before WILKINSON, LUTTIG, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Terra Telecommunications Corp. and its subsidiary, World Access Communications Corp., appeal the district court's order granting a motion by XO Communications, Inc., to compel arbitration.* We have re-

---

* We have jurisdiction over the appeal because "an order compelling arbitration and dismissing the underlying claims is 'a final decision with respect to an arbitration,' 9 U.S.C.[ ] § 16(a)(3) [ (2000) ], which is immediately appealable." *Murray v. United Food & Commercial Workers*, 289 F.3d 297, 305 (4th Cir. 2002).

viewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See XO Communications, Inc. v. Terra Telecomm. Corp.,* No. CA–02–1578–A (E.D. Va. filed Nov. 25, 2002 & entered Nov. 29, 2002). We deny Defendants' motion requesting this court to consider additional materials not before the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*